## GRAHAM *v.* MARKS & COMPANY.

Where an action was brought against two persons upon a promissory
note executed by them as joint makers, and one only of them was
served, a motion by the latter to dismiss the action for want of
service upon the other ought to have been sustained, it not ap-
pearing, and the plaintiff not offering to show in resistance to the
motion, that the defendant not served was dead or beyond the ju-
risdiction of the court, and there being no return of *non est inventus*
as to him.

November 12, 1894.

*Certiorari.*   Before Judge LUMPKIN.   Fulton superior
court.   September term, 1893.

GEORGE A. CARTER, for plaintiff in error.

M. FOOTE, Jr., *contra.*

SIMMONS, Chief Justice.

It appears from the record that Mrs. Eliza J. Graham, the plaintiff in error, and one C. M. Davis, executed a joint promissory note, payable to M. Foote, Jr., attorney for Brown Brothers. The note was indorsed by Foote and by one L. E. Davis, and was negotiated to Marks & Company, and they brought suit upon it in a justice's court against the joint makers, and against Foote, attorney for Brown Brothers. At the appearance term, the defendant Mrs. Graham filed several pleas which it is unnecessary now to notice, and at the trial term she moved to dismiss the case on the ground that she was a joint maker with C. M. Davis and that he had not been served. This motion was overruled; and after dismissing the pleas filed by Mrs. Graham, the court rendered judgment against her, and against M. Foote, attorney for Brown Brothers, for the amount of the note. Mrs. Graham sued out a writ of *certiorari* to the superior court, and on the hearing in that court the *certiorari* was dismissed and the judgment of the magistrate affirmed, and to this ruling she excepted.

Where two persons execute a joint contract and are sued thereon, and one of them is not served, and it does not appear that the defendant not served is dead or beyond the jurisdiction of the court, and there is no return of *non est inventus* as to him, the court, upon a motion made at the proper time, should dismiss the action. Code, §§3350, 3414; *Booher* v. *Worrill*, 43 *Ga*. 587. There being no service as to one of the joint makers sued in this case, and the plaintiff not having shown or attempted to show that the one not served was dead or beyond the jurisdiction of the court, and there being no return of *non est inventus* as to him, the court below erred in dismissing the *certiorari*.

As to the indorsers, it was optional with the plaintiffs to sue either or both of them in this action, or to leave

them both out of the action, if they saw proper to do so. The indorsers being simply indorsers and not joint makers, it was not necessary to join them in the action.

*Judgment reversed.*